**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                  **Case No. 5:10cr39-MW/EMT-7**

**FLORENCIO BARRIOS-HERNANDEZ,**

   **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 432.  Upon consideration, no objections having

been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "Defendant's Amended Motion to

Vacate, Set Aside, or Correct Sentence, ECF No. 418, is **DENIED**.  A Certificate

of Appealability is **DENIED**."  The Clerk shall close the file.

   **SO ORDERED on November 5, 2018.**

                        **s/ MARK E. WALKER**
                        **Chief United States District Judge**